PER CURIAM: Robert McKoy waived presentment on an indictment for possession 
of a stolen vehicle, pled guilty, and was sentenc

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Katrice Roshelle Ferguson       
Appellant.
 
 
 

Appeal From Greenville County
C. Victor Pyle, Jr., Circuit Court Judge

Unpublished Opinion No. 2003-UP-726
Submitted October 15, 2003  Filed December 
 16, 2003

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, 
 Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Katrice Ferguson was indicted 
 of and subsequently convicted of armed robbery, assault and battery of a high 
 and aggravated nature, conspiracy, grand larceny, and kidnapping.  Ferguson 
 was tried by jury and found guilty. 
Fergusons appellate counsel submitted a petition to 
 be relieved as counsel, stating he has reviewed the record and has concluded 
 Fergusons appeal is without merit.  Ferguson did not file a pro se brief 
 with the court.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Fergusons appeal 
 and grant counsels motion to be relieved. [1] 
 APPEAL DISMISSED.
HUFF, STILWELL, and BEATTY, JJ., concur.

 
 [1]   Because oral argument would not aid the court 
 in resolving the issues on appeal, we decide this case without oral argument 
 pursuant to Rules 215 and 220(b)(2), SCACR.